# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128158
128159

MICHELLE GOWER, Personal Representative
of the Estate of EDWIN GOWER, Deceased,
Plaintiff-Appellant,

v

JAMES HARKEMA, M.D., CHRISTOPHER SEIP, M.D.,
BENJAMIN B. MOSHER, M.D.,CHRISTOPHER
ABOOD, M.D., TONIA REINCKE, PA-C, SPARROW
HOSPITAL, GREG A. HOWELLS, M.D., KEITH
BLUM, D.O., CHRISTINA MASER OHM, M.D., KEVIN
KRAUSE, M.D., GREGORY NOWINSKI, M.D.,
JULIE STEIN, M.D., and WILLIAM BEAUMONT
HOSPITAL, ROYAL OAK
      Defendants-Appellees,
and

GEORGE ARTHUR WILLIAMS, M.D., and
ASSOCIATED RETINAL CONSULTANTS, P.C.,
Defendants.

SC: 128158, 128159
COA: 256824, 257967
Ingham CC: 03-000299-NH

_____

## AMENDMENT TO ORDER

On order of the Court, the order of November 2, 2005 is amended to correct a clerical error by correcting the text thereof to read as follows:

"On order of the Court, the application for leave to appeal the January 25, 2005 and February 1, 2005 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2005

_____
Clerk